BRUCE C. YOUNG, ESQ., NV Bar # 5560
PAIGE S. SHREVE, ESQ., NV Bar # 13773
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Bruce.Young@lewisbrisbois.com
Paige.Shreve@lewisbrisbois.com
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT A. DE LUNA,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN HILLS HOSPITAL AND MEDICAL CENTER, a Sunrise Health System Hospital,<br><br>Defendant. | CASE NO. 2:19-cv-02082-JAD-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff VICNENT A. DE LUNA ("Plaintiff") and Defendant SOUTHERN HILLS MEDICAL CENTER, LLC (incorrectly named as SOUTHERN HILLS HOSPITAL AND MEDICAL CENTER), ("Defendant"), by and through their respective counsel of record Guinness Ohazuruike, Esq. of GUINNESS LAW FIRM, and Bruce C. Young, Esq. of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP, as follows:

Counsel for Defendant has only recently been retained to represent Defendant in this matter. In light of the holiday season and counsel for Defendant being out of town, the parties agree that an extension of time for Defendant to answer or otherwise respond to the Complaint is necessary and appropriate.

/ / /

4843-7573-3680.1

Based on the date of service, Defendant's response to Plaintiff's Complaint is currently due on January 2, 2020. In order to allow counsel for Defendant sufficient time to investigate the facts and prepare an appropriate response to the Complaint, the Parties have agreed to stipulate to extend the time for Defendant to respond to Plaintiff's Complaint up to and including January 17, 2020. This extension is not sought for any improper reason or for the purpose of delay.

DATED this 27th day of December, 2019.                    DATED this 27th day of December, 2019.

LEWIS BRISBOIS BISGAARD & SMITH LLP        GUINNESS LAW FIRM

By /s/ Bruce C. Young, Esq.                              By /s/ Guinness Ohazuruike, Esq.
   Bruce C. Young, Esq.                                 Guinness Ohazuruike, Esq.
   Paige S. Shreve, Esq.                                6845 W. Charleston Blvd., #A
   6385 S. Rainbow Boulevard, Suite 600                 Las Vegas, Nevada 89117
   Las Vegas, Nevada 89118                              Attorney for Plaintiff
   Attorneys for Defendant

## **ORDER**

Pursuant to the Stipulation of the Parties, and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's response to Plaintiff's Complaint shall be filed on or before January 17, 2020.

DATED this 31st day of December, 2019.

                                                                                                                    _____
                                                                                                                    Daniel J. Albregts
                                                                                                                    United States Magistrate Judge