BRUCE C. YOUNG, ESQ., NV Bar # 5560
PAIGE S. SHREVE, ESQ., NV Bar # 13773
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Bruce.Young@lewisbrisbois.com
Paige.Shreve@lewisbrisbois.com
Attorneys for Southern Hills Medical Center, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT A. DE LUNA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SOUTHERN HILLS HOSPITAL AND MEDICAL CENTER, a Sunrise Health System Hospital,<br><br>　　　　Defendant. | CASE NO. 2:19-cv-02082-JAD-DJA<br><br>**STIPULATION TO RESCHEDULE EARLY NEUTRAL EVALUATION CONFERENCE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff VICNENT A. DE LUNA ("Plaintiff") and Defendant SOUTHERN HILLS MEDICAL CENTER, LLC (incorrectly named as SOUTHERN HILLS HOSPITAL AND MEDICAL CENTER), ("Defendant"), by and through their respective counsel of record Guinness Ohazuruike, Esq. of GUINNESS LAW FIRM, and Bruce C. Young, Esq. of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP, as follows:

Pursuant to Local Rule 16-6(d), the parties seek to reschedule the Early Neutral Evaluation in the above-entitled matter, currently scheduled for March 2, 2020. See ECF No. 6. The parties seek this continuance due to a conflict with Defendant's internal representative's schedule. The parties' request to reschedule is sought in good faith and not for any improper purpose or to cause any unnecessary delay.

4828-4780-7667.1

The parties have sought potential dates from the Magistrate Judge assigned to conduct the ENE conference and have been given the following potential dates: May 4th through May 8th and May 12th through May 15th. Any of those dates are currently available for all concerned. As such, the parties hereby stipulate, agree and request that the Court reschedule the ENE Conference in this matter for one of the dates set forth herein.

DATED this 4th day of February, 2020.                    DATED this 4th day of February, 2020.

LEWIS BRISBOIS BISGAARD & SMITH LLP      GUINNESS LAW FIRM

By /s/ Bruce C. Young, Esq.                              By /s/ Guinness Ohazuruike, Esq.
   Bruce C. Young, Esq.                                     Guinness Ohazuruike, Esq.
   Paige S. Shreve, Esq.                                    6845 W. Charleston Blvd., #A
   6385 S. Rainbow Boulevard, Suite 600                     Las Vegas, Nevada 89117
   Las Vegas, Nevada 89118                                  Attorney for Plaintiff
   Attorneys for Defendant

IT IS HEREBY ORDERED that the Early Neutral Evaluation session scheduled for March 2, 2020, is VACATED, and RESCHEDULED to May 7, 2020 at 10:00 AM. The confidential statement is due by 4:00 PM, April 30, 2020. All else as stated in the order setting the ENE (ECF NO. 6) remains the same.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 2-5-2020